# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BERNARD STEVEN GREEN,<br><br>    Petitioner,<br><br>    v.<br><br>MIKE McDONALD, Warden,<br><br>    Respondent. | No. CV 09-1575-PSG (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the amended petition for writ of habeas corpus in this matter is denied and dismissed with prejudice.

DATED: October 26, 2009

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE